UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH "MIKE" GIBBS | * | CIVIL ACTION |
| | * | |
| VERUS | * | NO. 05-0572 |
| | * | |
| SEA SUPPORT VENTURES, L.L.C | * | SECTION "N" |
| | * | |
| | * | MAGISTRATE (1) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **JURY VERDICT FORM**

1. Do you find by a preponderance of the evidence that the defendant, Sea Support Ventures, L.L.C., was negligent?

 ✓ Yes ______No

 [If yes, proceed to the next question. If no, date and sign this form and return to the courtroom.]

2. Do you find by a preponderance of the evidence that the defendant's negligence was the proximate cause of the plaintiff's injuries?

 ✓ Yes ______No

 [If yes, proceed to the next question. If no, date and sign this form and return to the courtroom.]

3. Do you find by a preponderance of the evidence that the plaintiff, Mike Gibbs, was comparatively negligent?

✓ Yes ______ No

[If yes, proceed to the next question. If no, proceed to question 6.]

4. Do you find by a preponderance of the evidence that the plaintiff's comparative negligence was the proximate cause of his injuries?

✓ Yes ______ No

[If yes, proceed to the next question. If no, proceed to question 6.]

5. Expressed in terms of percentage, to what extent did the negligence of each party contribute to the plaintiff's injuries?

Defendant Sea Support Ventures, L.L.C. 67 %

Plaintiff Mike Gibbs 33 %

**[YOUR ANSWERS MUST ADD UP TO 100%].**

6. Fill in the amounts that will adequately and fairly compensate the plaintiff for his damages, **without** any reduction for negligence, if any, on the plaintiff's part:

(a) Loss of past earnings (from the date of injury until today), including fringe benefits $ 105,000.00

(b) Loss of future earnings, including diminished earning capacity and fringe benefits $ 800,000.00

(c) Past medical expenses (incurred from the date of injury until today) $ 81,914.00

(d) Future medical expenses $ 300,000.00

(e) Present and past physical pain and suffering, including physical disability, disfigurement, impairment, inconvenience, and the effect of $ 300,000.00

the plaintiff's inconvenience on the normal pursuits and pleasures of life; as well as present and past mental anguish or suffering and feelings of economic insecurity caused by disability

(f) Future physical pain and suffering, including physical disability, disfigurement, impairment, inconvenience, and the effect of the plaintiff's inconvenience on the normal pursuits and pleasures of life; as well as future mental anguish or suffering and feelings of economic insecurity caused by disability — $ 400,000

Sign and date this form and return to the courtroom.

DATE 6/23/06

[signature]
FOREPERSON